COMMISSIONER OF INTERNAL REVE-NUE, Petitioner, v. GUS BLASS COM-PANY.

No. 13748.

Circuit Court of Appeals, Eighth Circuit.

May 18, 1948.

Charles Oliphant, of Washington, D. C., Chief Counsel, Bureau of Internal Revenue, for petitioner.

Frank J. Wills, of Little Rock, Ark., for respondent.

Petition to review docketed and dismissed, on motion of petitioner and consent of respondent.

George L. COOK, Petitioner, v. Thomas C. TRIMBLE, United States District Judge for the Eastern District of Arkansas.

No. 13735.

Circuit Court of Appeals, Eighth Circuit.

May 1, 1948.

George L. Cook, pro se.

PER CURIAM.

Motion for writ of mandamus in all respects denied.

Lester COOPER and Hugh Cooper v. FORD MOTOR COMPANY.

No. 3721.

Circuit Court of Appeals, Tenth Circuit.

June 10, 1948.

Rogers, Bruno & Rogers, of Denver, Colo., for appellants.

Grant, Shafroth & Toll, of Denver, Colo., for appellee.

Before PHILLIPS, BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Judgment of the district court reversed and cause remanded June 10, 1948, without written opinion.

Delton O. DAVIS v. Walter A. HUNTER, Warden, United States Penitentiary, Leavenworth, Kansas.

No. 3653.

Circuit Court of Appeals, Tenth Circuit.

May 27, 1948.

Homer L. Hurt, of Oklahoma City, Okl., for appellant.

Randolph Carpenter, U. S. Atty. and Eugene Davis, Asst. U. S. Atty., both of Topeka, Kan., for appellee.

Before PHILLIPS, BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Judgment of the district court affirmed May 27, 1948, on authority of Rawls v. United States, 10 Cir., 166 F.2d 532, and Rosenthal v. Hunter, 10 Cir., 164 F.2d 949.

Dexter C. DAYTON v. Arthur J. MELLOTT, United States District Judge, District of Kansas.

No. 3686.

Circuit Court of Appeals, Tenth Circuit.

April 6, 1948.

No appearance for either party.

Before PHILLIPS, HUXMAN and MURRAH, Circuit Judges.

PER CURIAM.

Petition for writ of mandamus denied April 6, 1948.